# GARRETT W. SWENSON, JR.
## ATTORNEY AT LAW
76 BAY ROAD
BROOKHAVEN, NY 11719
TEL. (516) 380–2808
FAX (631) 536-2229
GARRETT.SWENSON@YAHOO.COM

May 19, 2017

**VIA ECF**
Hon. Joanna Seybert
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:   Loeb v. County of Suffolk, et al.
           Index No.: CV15-0578 (JS) (GRB)

Dear Judge Seybert:

I represent defendant Detective Christopher Nealis in the above-referenced action.

Without conceding that this is probative of anything, I write to confirm that by not submitting any opposition, defendant Nealis has no objection to the pending motion for a stay pending resolution of related criminal matters (Docket # 39).

Thank you for your consideration of this submission.

                                        Respectfully submitted,

                                        Garrett W. Swenson, Jr., Esq.

GWS/plm
cc: All Counsel, via ecf-filing