

## LaRusso, Conway & Bartling

May 22, 2017

Hon. Joanna Seybert
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, N.Y. 11722

      Re: <u>Loeb v. County of Suffolk et al.</u>
          <u>Civil Docket No. 15-0578(JS)</u>

Dear Judge Seybert:

    The undersigned represents defendant James Burke in the above-captioned action. Defendant Anthony Leto has filed a motion requesting a stay of discovery in this matter. For the reasons stated in Leto's motion, as well as those outlined by the County of Suffolk in their May 17, 2017 letter, we submit this letter joining in the motion and respectfully request the that this Court grant the motion for the stay filed by defendant Leto.

                                Respectfully Submitted,

                                  Joseph R. Conway, Esq.
                                Attorney for James Burke

Cc: Counsel for all parties(via ECF)
    AUSA John Durham
    AUSA Lara Trenis Gatz

300 Old Country Road
Suite 341
Mineola, New York 11501

Telephone (516) 248-3520
Facsimile (516) 248-3522
www.larussoandconway.com