# COUNTY OF SUFFOLK



**STEVE BELLONE**
SUFFOLK COUNTY EXECUTIVE

DENNIS M. BROWN
COUNTY ATTORNEY

DEPARTMENT OF LAW

February 7, 2018

Hon. Johanna Seybert, U.S.D.J.
United States District Court
100 Federal Plaza
Central Islip, New York 11722

Re: <u>Loeb v. County of Suffolk, et al.</u>
Docket No.: 15-cv-0578(JS)(SIL)

Dear Judge Seybert:

As the parties have previously advised the court, this matter has been settled. Pursuant to General Municipal Law §6-n(9)(b), insofar as the settlement amount of $1,500,000.00 exceeds the $25,000 statutory limit set forth by law, the settlement must be judicially approved prior to payment.

Attached for the court's consideration is a letter from plaintiff's counsel, Bruce A. Barket, Esq., which confirms consent to the settlement, and a letter which confirms approval of the settlement by the Ways & Means Committee of the Suffolk County Legislature.

An Order for the Court's signature is also attached.

Please advise if the court requires any further information prior to approval of the settlement.

Thank you.

Very truly yours,

Dennis M. Brown
County Attorney

By: Brian C. Mitchell
Assistant County Attorney

BCM/ced
Encls.
cc: Bruce A. Barket, Esq. *Via ECF*

LOCATION
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY ♦

MAILING ADDRESS
P.O. BOX 6100
HAUPPAUGE, NY 11788-0099 ♦

(631) 853-4049
TELECOPIER (631) 853-5169