**FILED**
**CLERK**

2/14/2018 11:37 am

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CHRISTOPHER LOEB,

                                              Plaintiffs,
    -against-

COUNTY OF SUFFOLK, POLICE OFFICER JAMES
BURKE, POLICE OFFICER MICHAEL KELLY, POLICE
OFFICER BRIAN DRAISS, DETECTIVE ANTHONY
LETO, DETECTIVE NEALIS, DETECTIVE NEALIS,
DETECTIVE COTTINGHAM, DETECTIVE KEITH
SINCLAIR, and UNIDENTIFIED SUFFOLK COUNTY
POLICE OFFICERS,

                                              Defendants.

ORDER ISSUED
PURSUANT TO G.M.L.
§ 6-n APPROVING
SETTLEMENT

15-cv-0578(JS)(SIL)

P R E S E N T:   JOANNA SEYBERT

    WHEREAS, an application has been made to the undersigned by defendants County of Suffolk, Michael Kelly, Bran Draiss, Anthony Leto, Christopher Nealis, Thomas Cottingham and Keith Sinclair in the captioned action for an Order approving a settlement of the action as against them, pursuant to Section 6-n of the General Municipal Law of the State of New York, for ONE MILLION FIVE HUNDRED DOLLARS ($1,500,000.00),

    Now, upon reading and filing:

    a)    the letter of Assistant County Attorney, Brian C. Mitchell, dated February 7, 2018;

    b)    the General Release signed by plaintiff, Christopher Loeb and Bruce A. Barket, Esq.;

    c)    the letter of plaintiff's attorney Bruce A. Barket agreeing to settlement;

    d)    the letter of Bridget Fleming, Chairman of the Suffolk County Ways & Means Committee of the Suffolk County Legislature, dated February 1, 2018, approving settlement of the claim;

1

And it satisfactorily appearing to the Court from all prior proceedings had herein, that the proposed settlement of ONE MILLION FIVE HUNDRED DOLLARS ($1,500,000.00), to be paid by defendants, County of Suffolk, Michael Kelly, Bran Draiss, Anthony Leto, Christopher Nealis, Thomas Cottingham and Keith Sinclair, is just, reasonable and in the best interest of Suffolk County and the plaintiff;

IT IS, therefore, on the application of defendants, County of Suffolk, Michael Kelly, Bran Draiss, Anthony Leto, Christopher Nealis, Thomas Cottingham and Keith Sinclair, and with the consent of the plaintiff's attorney;

THEREFORE ORDERED that said settlement is hereby approved and shall be disbursed in the following manner:

ORDERED, that the settlement of the captioned matter for the amount of ONE MILLION FIVE HUNDRED DOLLARS ($1,500,000.00), inclusive of all costs, disbursements and attorney's fees, to be paid to plaintiff, Christopher Loeb and his attorney, Bruce A. Barket, Esq., is approved, and the application for said approval is hereby granted.

IT IS FURTHER ORDERED that the within matter is hereby dismissed, with prejudice.

SO ORDERED.

*[Handwritten note:]* The Clerk of the Court is directed to TERMINATE County of Suffolk, Michael Kelly, Brian Draiss, Anthony Leto, Christopher Nealis, Thomas Cottingham, and Keith Sinclair as Defendants.

SO ORDERED:
/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: Feb. 14, 2018
Central Islip, NY