

666 OLD COUNTRY ROAD, SUITE 700
GARDEN CITY, NEW YORK 11530
516.745.1500 • [F] 516.745.1245
WWW.BARKETEPSTEIN.COM

ADDITIONAL OFFICES:
EMPIRE STATE BUILDING, NY, NEW YORK
HUNTINGTON, NEW YORK
ALL MAIL TO GARDEN CITY ADDRESS

November 9, 2018

**via ELECTRONIC FILING**
Magistrate Judge Gary R. Brown
United States District Court
Eastern District of New York
100 Federal Plaza
P.O. Box 9014
Central Islip, New York 11722

      Re: <u>Christopher Loeb v. County of Suffolk, et al.</u>
        Docket #15-cv-0578

Dear Magistrate Brown:

  As you are aware, this firm represented Plaintiff, Christopher Loeb, in connection with the above-referenced matter. We are writing to update the Court on the status of this case. The civil matter was settled and paid.

            Respectfully,

             /s/ bab
            Bruce A. Barket, Esq.

BAB:lr
cc: all counsel of record via ECF