UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHRISTOPHER LOEB,

                              Plaintiff,

-against-

JAMES BURKE, et al.,

                              Defendants.
-----------------------------------------------------------------X

**STIPULATION OF VOLUNTARY DISCONTINUANCE**

Docket No. 15-CV-0578

**IT IS HEREBY STIPULATED, CONSENTED AND AGREED,** by and between the undersigned, counsel for the Plaintiff, Bruce Barket and counsel for Defendant Burke, Joseph Conway, in the within action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, that the above-entitled action is dismissed with prejudice, and without costs or attorney's fees to either party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court. A facsimile or copy of this document will be acceptable as an original for purposes of filing with the Court.

Dated: February 13, 2018

| | |
|---|---|
| **BARKET, MARION, EPSTEIN & KEARON, LLP** | **LARUSSO CONWAY & BARTLING** |
| BRUCE A BARKET, ESQ. | JOSEPH R. CONWAY, ESQ. |
| Attorneys for Plaintiff | Attorney for Defendant James Burke |
| 666 Old Country Road – Suite 700 | 300 Old Country Road, Suite 341 |
| Garden City, NY 11530 | Mineola, New York 11501 |